# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,<br><br>*Plaintiff,*<br><br>v.<br><br>MATTHEW MASHBURN, in his official capacity as member of the Georgia State Election Board, *et al.*,<br><br>*Defendants.* | Civil Action No.:<br>1:23-CV-04929-AT |

## STATE DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants Matthew Mashburn, Edward Lindsey, Janice W. Johnston, and Sara Tindall Ghazal, in their official capacities as members of the Georgia State Election Board (collectively, "State Defendants") move to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As State Defendants demonstrate in the accompanying Brief in Support, Plaintiff's complaint should be dismissed because Plaintiff lacks both standing and a private cause of action.

Respectfully submitted this 8th day of January 2024.

                                              Christopher M. Carr
                                              Attorney General
                                              Georgia Bar No. 112505
                                              Bryan K. Webb

Deputy Attorney General
Georgia Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*
Gene C. Schaerr*
Special Assistant Attorney General
Brian J. Field*
Miranda Cherkas Sherrill
Georgia Bar No. 327642
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
**Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing motion was prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(B).

*/s/ Gene C. Schaerr*
Gene C. Schaerr
