IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>MATTHEW MASHBURN, in his official capacity as member of the Georgia State Election Board, *et al.,*<br><br>　　　　*Defendants.* | Civil Action File No.:<br>1:23-CV-04929-AT |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Dated: January 11, 2024

　　　　　　　　　　　　　　　　/s/ *Danna Yu*
　　　　　　　　　　　　　　　　DANNA YU　　　846403
　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　Georgia Department of Law
　　　　　　　　　　　　　　　　40 Capitol Square, SW
　　　　　　　　　　　　　　　　Atlanta, Georgia 30334-1300
　　　　　　　　　　　　　　　　dyu@law.ga.gov
　　　　　　　　　　　　　　　　(404) 458-3682 (telephone)

　　　　　　　　　　　　　　　　*Counsel for State Defendants*