## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

INTERNATIONAL ALLIANCE OF
THEATER STAGE EMPLOYEES
LOCAL 927,

              *Plaintiff*,

    v.

MATTHEW MASHBURN, EDWARD
LINDSEY, JANICE W. JOHNSTON,
and SARA TINDALL GHAZAL, *in
their official capacities as members of
the Georgia State Election Board*; and
PATRISE PERKINS-HOOKER,
AARON V. JOHNSON, MICHAEL
HEEKIN, and TERESA K.
CRAWFORD, *in their official
capacities as members of the Fulton
County Registration and Elections
Board*,

              *Defendants*.

No. 1:23-cv-04929-AT

### MOTION TO INTERVENE

Movants—the Republican National Committee and the Georgia Republican Party, Inc.—respectfully move to intervene as defendants in this case under Rule 24 of the Federal Rules of Civil Procedure. As explained in the accompanying memorandum, Movants satisfy the requirements for intervention of right under Rule 24(a)(2) and permissive intervention under Rule 24(b).

This 12th day of January, 2024.

Respectfully submitted,

/s/ Alex Kaufman

GA BAR: 136097

Thomas R. McCarthy*
Gilbert C. Dickey*
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

Alex B. Kaufman
CHALMERS, ADAMS, BACKER &
   KAUFMAN, LLC
11770 Haynes Bridge Road
#205-219
Alpharetta, GA 30009-1968
(404) 964-5587
akaufman@chalmersadams.com

*pro hac vice forthcoming

Counsel for Movants

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

*/s/ Alex Kaufman*


## CERTIFICATE OF SERVICE

On January 12, 2024, I e-filed this document on ECF, which will email everyone requiring service.

*/s/ Alex Kaufman*