## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,<br><br>       *Plaintiff*,<br><br>  v.<br><br>MATTHEW MASHBURN, EDWARD LINDSEY, JANICE W. JOHNSTON, and SARA TINDALL GHAZAL, *in their official capacities as members of the Georgia State Election Board*; and PATRISE PERKINS-HOOKER, AARON V. JOHNSON, MICHAEL HEEKIN, and TERESA K. CRAWFORD, *in their official capacities as members of the Fulton County Registration and Elections Board*,<br><br>       *Defendants*. | No. 1:23-cv-04929-AT |

## <u>APPENDIX</u>

In support of their proposed motion to dismiss, the Republican National Committee and the Georgia Republican Party attach this appendix, which contains a copy of the complaint of the United States in *United States v. Idaho*, 400 U.S. 112 (Aug. 1970) (No. 47, Original).

Respectfully submitted,

_/s/ Alex Kaufman_

Thomas R. McCarthy\*
Gilbert C. Dickey\*
Conor D. Woodfin\*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

\*_pro hac vice_ forthcoming

Alex B. Kaufman
GA BAR 136097
CHALMERS, ADAMS, BACKER &
  KAUFMAN, LLC
11770 Haynes Bridge Road
#205-219
Alpharetta, GA 30009-1968
(404) 964-5587
akaufman@chalmersadams.com

_Counsel for Movants_

# EXHIBIT A