# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,**

          **Plaintiff,**

**v.**

**EDWARD LINDSEY, et al,**

          **Defendants.**

**CIVIL ACTION NO.**
**1:23-CV-4929-AT**

## <u>ORDER</u>

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 28th day of February, 2024.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**