# Exhibit 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>JOHN FERVIER, EDWARD LINDSEY, JANICE W. JOHNSTON, SARA TINDALL GHAZAL, and RICK JEFFARES, in their official capacities as members of the Georgia State Election Board; and PATRISE PERKINS-HOOKER, AARON V. JOHNSON, MICHAEL HEEKIN, and TERESA K. CRAWFORD in their official capacities as members of the Fulton County Registration and Elections Board,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-04929-JPB |

## DECLARATION OF ALLAN HERMAN

I, Allan Herman, declare as follows:

1. I am over the age of 18, and I have personal knowledge of the facts below and can competently testify to their truth.

2. My name is Allan Herman. I am the Political Director of the International Alliance of Theatrical Stage Employees Local 927 ("Local 927").

3. Local 927's roughly 200 members work behind the scenes running the lights, sound, sets, and props for live and recorded productions throughout Georgia and the world. Our members work on television shows, touring Broadway productions, concerts, live theater, operas, and ballets. If you have experienced a top-level performance in Georgia, chances are our members were working backstage to bring that show to life.

4. Our members bring the industry's highest level of skill and expertise and so are sought and employed by regional cultural institutions such as The Atlanta Opera as well as by some of the most popular touring shows in the nation such as Disney's Frozen the Musical, the Lion King, and Hamilton (as well as many others). We are also proud that many of our members have helped entertain our men and women in uniform and their families as part of USO tours across the nation and around the world.

5. The International Alliance of Theatrical Stage Employees ("IATSE") and its local chapters such as Local 927 protect our members' physical, social, and economic well-being by working for the passage and enforcement of laws which strengthen our rights to collectively bargain, defend pension and healthcare benefits, enforce strong copyright protections, promote safe working conditions, and seek funding for the arts.

6.      As an example, in 2022, Local 927 members spoke with lawmakers to encourage them to vote for House Bill 389, which helped clearly define the differences between employees and contract workers, a distinction that is critical to ensuring our members get their due pay, benefits, and workplace safety protections. We also worked with the lobbyists who represent the Atlanta-North Georgia Labor Council to further communicate the law's importance to lawmakers. At least once a year, and often more, members visit the legislature during its lawmaking session to discuss our needs.

7.      In addition to directly communicating with lawmakers, we also use tools like our monthly membership newsletter to encourage our members to vote for pro-labor candidates and to cast votes on other important issues that appear on the ballot.

8.      Local 927 is a "hiring hall," meaning that we bridge the gap between production companies that need to fill roles in Georgia and our members who have the skills to do so. When a production company needs roles filled, they send a request to the Local 927 business office, and we make referrals to fill those roles. While our local office manages the process for jobs located throughout Georgia, the national office of IATSE makes the arrangements for our members working on nationally and internationally touring shows.

9. IATSE members travel throughout the year. For most years for which records are available, we have had members who traveled on touring shows on or around election day (or what would have been election day if general elections were held in those years).

10. In 2017, five members toured outside of Georgia, all of whom were eligible voters, including three members who were touring on or around election day.

11. In 2018, six members toured outside of Georgia, including at least one who was touring around election day, and, again, all of them were eligible Georgia voters.

12. In 2019, four members toured outside of Georgia including two whose contracts kept them working out-of-state on election day.

13. Travel was halted due to the pandemic in 2020 but prior to that one member was already touring outside of Georgia under a contract that—barring the once-in-a-lifetime pandemic—was slated to extend through election day.

14. In 2021, three members toured outside of Georgia and the contracts of all three extended through election day.

15. In 2022, four members toured outside of Georgia and the contracts of all four extended through election day.

16. In 2023, nine members toured outside of Georgia and at least three of those contracts extended through election day.

17. Although the year is young, we already have three members whose work has taken them out-of-state.

18. Paragraphs 10–17 account only for those whose contracts required them to leave the state, and in some cases the country. Records are not sufficient to identify those members who may have been working on projects that—though still in Georgia—took them away from their homes for days or weeks.

19. Our members take voting seriously and the members who are traveling have relied on a combination of advance in-person and absentee mail voting to cast their ballots. But it is not always easy for them. Members often work long days, and it is common for that work to span all the hours election offices are open. Members do not usually have worksite access to a printer with which to print an application, which means spending time finding a printer.

20. For many of those traveling, weekends are the easiest time to do personal tasks such as applying for a ballot because long hours are required Monday through Thursday traveling and setting up the show. On Fridays, Saturdays, and Sundays, however, the setup has usually been completed and so the members' workdays are built around the more modest hours of the actual showtime. Tasks such as requesting absentee ballots can sometimes only be done on Fridays and weekends.

21. It is also often difficult for our members to anticipate when work will become available and unexpected contracts can begin at times that make voting in person extremely difficult, if not impossible. In 2017, for example, one member began a traveling contract on October 27th and another on October 29th, both days which would fall between Georgia's current 11-day deadline and the 7-day deadline had 2017 been an election year. In 2022, a member began their contract on October 25th, the 11th day before the election.

22. In sum, each year we have members who begin traveling contracts within a few weeks of an election that extend through election day. And on some occasions, those contracts start somewhere between the 11th and 7th day before the election.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: 4/27/2024

*Allan Herman*
_____
ALLAN HERMAN