# Exhibit 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN FERVIER, EDWARD LINDSEY, JANICE W. JOHNSTON, SARA TINDALL GHAZAL, and RICK JEFFARES, in their official capacities as members of the Georgia State Election Board; and PATRISE PERKINS-HOOKER, AARON V. JOHNSON, MICHAEL HEEKIN, and TERESA K. CRAWFORD in their official capacities as members of the Fulton County Registration and Elections Board,<br><br>    Defendants. | Case No. 1:23-cv-04929-JPB |

## DECLARATION OF KELSEY BAILEY

I, KELSEY BAILEY, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts below and can competently testify to their truth.

2. My name is Kelsey Bailey. I am a member of the International Alliance of Theatrical Stage Employees Local 927 as well as Local 479. I am a stagehand and I specialize in managing props. In that role, I am responsible for the maintenance

and management of props for live and filmed events including television shows, comedic and dramatic plays, musicals, and concerts. This means that I'm in charge of tracking and maintaining things ranging from large pieces of furniture to firearms to small pens—basically anything that isn't nailed down.

3.      I was born and raised in Georgia, and I have voted here since turning 18 in 2012. I live and am registered to vote in DeKalb County.

4.      As part of my work, I travel throughout the country and at times overseas. For example, I traveled with Disney on Ice throughout North America, Australia, New Zealand, and Europe from July 2014 through October 2017. Only a week after returning home I went back on the road with the show White Christmas and traveled the United States into January 2018. I also traveled with Sesame Street Live and Disney on Ice throughout North America sporadically from November 2019 through March 2020.

5.      Frequently this travel has required me to be out of the state during elections. On election day in 2014, I was working on a show in Uniondale, New York. I was traveling from a show in Belfast, United Kingdom, to one in Dublin, Ireland, on election day in 2016. And I was in the western United States on the day of the Presidential Primary in 2016. While there were no federal elections, I was also traveling on what would have been general election days in 2015 (western United States) and 2017 (Arkansas).

6.     I regularly take assignments in other parts of the country that may last from days to weeks. I often learn of upcoming work locations one or two weeks in advance. And sometimes, those work assignments change after the beginning of a contract. For example, in September 2021, I was working on the television show Wild 'N Out when it was abruptly moved from Georgia to New Jersey. I had less than two weeks' notice of this move and had to stay in New Jersey for the duration of the production, which lasted until the end of October, and may have had to stay through the election if there had been any work stoppages. Contracts also can be extended or shortened with little advance notice.

7.     My work hours are unpredictable and often long, extending from pre-dawn hours until late at night. When touring I will almost always be working extended hours setting up a show from Tuesday through Thursday with Friday through Monday offering the best opportunities to perform personal tasks like making a plan to vote. When working on movies, we are most likely to get one of the weekend days off and weekends may be my only chance to take care of personal tasks.

8.     Although absentee ballots allow me to vote when I am working in other locations, finding the time to complete the application can prove challenging, especially because I usually don't have access to a printer. At times I qualified for a UOCAVA ballot, but at other times had to make a special trip to a FedEx, Kinko's

or other printing shop to print out an application. Because work is least likely to interfere on Friday, Saturday, Sunday, and Monday, those are the best days on which to apply for my ballot.

9.     Because I may not learn of the need to vote absentee until one to two weeks prior to election day, having four additional days—particularly over a weekend—are critical whenever I'm deployed on short notice to work on a set and travel away from home through election day.


Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: <u>4/26/2024</u>

<u>kelsey Bailey</u>
KELSEY BAILEY