# Exhibit 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN FERVIER, EDWARD LINDSEY, JANICE W. JOHNSTON, SARA TINDALL GHAZAL, and RICK JEFFARES, in their official capacities as members of the Georgia State Election Board; and PATRISE PERKINS-HOOKER, AARON V. JOHNSON, MICHAEL HEEKIN, and TERESA K. CRAWFORD in their official capacities as members of the Fulton County Registration and Elections Board,<br><br>          Defendants. | Case No. 1:23-cv-04929-JPB |

## **DECLARATION OF JUSTIN MICHEL**

I, Justin Michel, declare as follows:

1. I am over the age of 18, and I have personal knowledge of the facts below and can competently testify to their truth.

2. My name is Justin Michel. I am a member of the International Alliance of Theatrical Stage Employees Local 927 and Local 479. I am a Digital Multiplex

("DMX") Technician, and in that role I program the systems that illuminate live productions and films.

3. I moved to Georgia in 2017 and I currently live, work, and am registered to vote in DeKalb County.

4. As part of my work, I have traveled throughout the country and at times the world. For example, when working with Sesame Street Live I traveled throughout the United States and Europe. I worked on the film Blue Beetle in Puerto Rico in 2019. Recently, I toured nationally with Jelly Roll for several months. I am currently working on a film which will be shot on locations throughout the state of Georgia, all of them outside DeKalb County. Even when working within Georgia, it is not uncommon for me to stay days or even weeks at a time at shooting locations depending on the distance traveled and the time elapsed between the end of one workday and the beginning of another.

5. This has at times meant that I am absent from my voting jurisdiction on or around election day. For example, I was away from home around election day in 2019.

6. My work schedule is very unpredictable and often stretches from the early morning hours until late at night. When touring with shows such as Jelly Roll, Monday through Thursday are the longest days because we must take the entire show apart, drive it to the next city, and set it all back up before the first show on Thursday

or Friday evening. I usually have no time to take care of personal tasks such as requesting an absentee ballot on these days. My workday tends to be shorter on Fridays and Saturdays, starting a few hours before showtime (usually late afternoon).

7. The project on which I am currently working requires coordinating the schedules of several technical experts, producers, and actors, almost all of whom are working on other projects at the same time. A change in just one of their schedules can set off a domino-effect of changes that stretch for months. In order to create some flexibility, shooting is less likely to be scheduled on weekends. Regardless of whether I am on a concert tour, a movie, or any of the other types of shows I work on, Fridays and weekends are the days on which I am most likely to have time to do personal tasks such as requesting an absentee ballot.

8. Because of the unpredictable nature of my schedule, I often have to change voting plans at the last minute. On a few days' notice, for example, shooting locations may be changed, meaning that a plan to vote early in-person or election day may suddenly have to change to absentee mail voting. Because of my frequent absences, I have relied on a combination of absentee ballots and early in-person voting when I couldn't cast my ballot on election day.

9. The timing of the application submission can be challenging. I do not have access to a printer while traveling and so obtaining a paper application can

sometimes require a trip to find one. Because work is least likely to interfere with weekends, Saturday and Sunday are the best days on which to apply for my ballot.

10. The movie on which I'm currently working involves a 14-month contract that extends beyond November of this year. All the shooting locations are outside of DeKalb County, where I currently live. And while not yet certain, there is also the possibility that shooting will take place outside of Georgia altogether. Because the shooting schedule involves so many locations, I will likely find myself unable to vote in-person either early or on election day, in which case absentee mail voting will be the only way I can cast my vote.

11. Because I am unlikely to know my election-day schedule more than one to two weeks prior to election day, and because I work long hours during the week, having four more days (and an additional weekend in particular) to get my absentee ballot application completed and submitted would significantly reduce the burden of trying to vote while on the road.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: 4/29/2024

JUSTIN MICHEL

4