# Exhibit 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,<br><br>       Plaintiff,<br>  v.<br><br>JOHN FERVIER, EDWARD LINDSEY, JANICE W. JOHNSTON, SARA TINDALL GHAZAL, and RICK JEFFARES, in their official capacities as members of the Georgia State Election Board; and PATRISE PERKINS-HOOKER, AARON V. JOHNSON, MICHAEL HEEKIN, and TERESA K. CRAWFORD in their official capacities as members of the Fulton County Registration and Elections Board,<br><br>       Defendants. | Case No. 1:23-cv-04929-JPB |

## DECLARATION OF JUSTIN GAMERL

I, Justin Gamerl, declare as follows:

1.     I am over the age of 18. I have personal knowledge of the facts below and can competently testify to their truth.

2.     My name is Justin Gamerl. I am a member of the International Alliance of Theatrical Stage Employees Local 927. I am a rigger, and in that role I ensure the

safe mounting and suspension of the lights and other physical equipment for live and recorded performances.

3. I am a Georgia resident and I'm registered to vote in Cherokee County. I moved to Georgia in 2017 and cast my first ballot here in 2018.

4. As part of my work, I travel across the country and at times internationally. For example, when working with Sesame Street Live I traveled throughout the United States. For several years I toured with productions of A Christmas Carol, a show for which the performances are most in demand in the months of November and December. I have also worked on national and international USO tours, which are dedicated to entertaining and supporting the moral of U.S. troops and their families.

5. Because of my work, I am often traveling on election day. In fact, I was out of town during the 2018 election.

6. My work hours are unpredictable and often long, extending from pre-dawn hours until late at night. These hours are dictated by the travel required, the ambient lighting of the location, and the needs of the production team. When touring with concerts I spend long hours traveling and setting up from Monday through Thursday. I then work during the live performances in the afternoons and evenings of Fridays, Saturdays, and sometimes Sundays.

7. Because of my frequent travel, I have relied on a combination of absentee mail ballots and early in-person voting. In 2016, for example, I voted absentee while touring abroad and I did so again in 2018. I voted early in-person in 2022 and in the 2020 runoff.

8. Although absentee ballots allow me to vote when traveling, the application process can present challenges. I almost never have ready access to a printer while traveling for work, and so obtaining a paper application can sometimes require a trip to find one. Because of the nature of my schedule, Saturdays and Sundays are the best days for me to attend to my personal tasks while on the road, including applying for my ballot.

9. Since the birth of my son, I no longer tour continuously, but rather I work on various shows as a freelancer. These jobs last from days to a few weeks and typically come with between four days and two weeks' notice. I have not yet committed to work on this coming election day but given the high demand for freelance work on holiday-themed shows there is a strong likelihood that I will be working on election day.

10. Because I am unlikely to know my election-day schedule more than one to two weeks prior to election day, having additional time to complete the application process is critical, especially during the weekend when I'm able to carve out time to complete most of my personal tasks while on the road.

3

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: 4/29/2024

*Justin Gamerl*
_____
JUSTIN GAMERL