UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927, <br><br> *Plaintiff,* <br><br> v. <br><br> JOHN FERVIER, et al., <br><br> *Defendants,* <br><br> REPUBLICAN NATIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC., <br><br> *Intervenor-Defendants.* | No. 1:23-cv-04929-AT |

## Rule 5.1 Notice

On May 6, 2024, the Court granted the Republican National Committee and the Georgia Republican Party's motion to intervene in this case. *See* Doc. 84. The Court added the intervenors as defendants and docketed the intervenors' motion to dismiss Plaintiff's amended complaint. *See* Doc. 66. Intervenors now file this notice under Federal Rule of Civil Procedure 5.1.

Rule 5.1 requires a party who "draw[s] into question the constitutionality of a federal or state statute" to provide notice to the Court and the Attorney General. The notice must "stat[e] the question and identify[] the paper that raises it." Fed. R. Civ. P. 5.1(a)(1).

Intervenors' motion to dismiss raises the constitutionality of a provision of the 1970 amendments to the Voting Rights Act. *See* Doc. 66. Plaintiff claims that Georgia's deadline for voters to apply to vote by absentee ballot in presidential elections is preempted by 52 U.S.C. §10502(d). Intervenors moved to dismiss in part because Congress has no authority to enact an absentee-ballot application deadline for presidential elections. The national seven-day deadline Congress included in 52 U.S.C. §10502(d) is thus unconstitutional. *See* Doc. 66.

In compliance with Rule 5.1(a)(2), Intervenors will serve a copy of this notice and their motion to dismiss on the Attorney General via certified mail.

Dated: May 7, 2024

Respectfully submitted,

*/s/ Alex Kaufman*

Thomas R. McCarthy*
Gilbert C. Dickey*
Conor D. Woodfin*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
gilbert@consovoymccarthy.com
conor@consovoymccarthy.com

Alex B. Kaufman
GA BAR 13607
CHALMERS, ADAMS, BACKER &
    KAUFMAN, LLC
11770 Haynes Bridge Road
#205-219
Alpharetta, GA 30009-1968
(404) 964-5587
akaufman@chalmersadams.com

*admitted *pro hac vice*

*Counsel for Intervenors*

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

*/s/ Alex Kaufman*

## CERTIFICATE OF SERVICE

On May 7, 2024, I e-filed this document on ECF, which will email everyone requiring service.

*/s/ Alex Kaufman*