UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,<br><br>    Plaintiff,<br> v.<br><br>JOHN FERVIER, EDWARD LINDSEY, JANICE W. JOHNSTON, SARA TINDALL GHAZAL, and RICK JEFFARES, in their official capacities as members of the Georgia State Election Board; and PATRISE PERKINS-HOOKER, AARON V. JOHNSON, MICHAEL HEEKIN, and TERESA K. CRAWFORD in their official capacities as members of the Fulton County Registration and Elections Board,<br><br>    Defendants. | Case No. 1:23-cv-04929-JPB |

**PLAINTIFF'S PARTIAL OPPOSITION TO INTERVENORS' MOTION FOR EXTENSION OF TIME**

Plaintiff opposes Intervenors' request for an extension of time for the reasons stated in Plaintiff's partial opposition to the State Defendants' motion for extension of time, *see* Doc. 88, but agrees that in the interests of maintaining an efficient briefing schedule Intervenors should be subject to the same response deadline as State Defendants.

1

| | |
|---|---|
| Dated: May 14, 2024 | Respectfully submitted, |

| | |
|---|---|
| Adam M. Sparks | */s/ Uzoma N. Nkwonta* |
| Georgia Bar No. 341578 | Uzoma N. Nkwonta* |
| Anré D. Washington | Justin Baxenberg* |
| Georgia Bar No. 351623 | William K. Hancock* |
| KREVOLIN & HORST, LLC | Marcos Mocine-McQueen* |
| 1201 W. Peachtree St., NW | ELIAS LAW GROUP LLP |
| 3250 One Atlantic Center | 250 Massachusetts Ave NW, Ste 400 |
| Atlanta, GA 30309 | Washington, D.C. 20001 |
| Tel: (404) 888-9700 | Telephone: (202) 968-4490 |
| Fax: (404) 888-9577 | Facsimile: (202) 968-4498 |
| Email: sparks@khlawfirm.com | unkwonta@elias.law |
| Email: washington@khlawfirm.com | jbaxenberg@elias.law |
| | whancock@elias.law |
| | mmcqueen@elias.law |

*Counsel for Plaintiff International Alliance of Theater Stage Employees Local 927*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with Local Rule 5.1(C) because it is prepared in Times New Roman font at size 14.

Dated: May 14, 2024                      */s/ Uzoma N. Nkwonta*
                                         *Counsel for Plaintiff*