AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| International Alliance of Theater Stage Employees ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-4929 |
| Johnson, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                 .

Date:    07/08/2024

/s/ Jacki Anderson
*Attorney's signature*

Jacki Anderson (IL Bar No. 6312256)
*Printed name and bar number*

USDOJ - Civil Rights Division
950 Pennsylvania Ave NW
4CON 8th Floor
Washington, DC 20530
*Address*

jacki.anderson@usdoj.gov
*E-mail address*

(202) 307-2767
*Telephone number*

(202) 307-3961
*FAX number*