IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATER STAGE EMPLOYEES LOCAL 927,<br><br>Plaintiff,<br><br>v.<br><br>AARON JOHNSON, in his official capacity as member of the Fulton County Registration and Elections Board, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-4929 |

### UNITED STATES' NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. § 2403(a)

Pursuant to 28 U.S.C. § 2403(a) and in response to Defendant-Intervenors' Notice of Constitutional Question, ECF No. 85, the United States hereby respectfully notifies the Court that it exercises its right to intervene in this proceeding to defend the constitutionality of Section 202 of the Voting Rights Act, 52 U.S.C. § 10502. The United States will submit a brief regarding the constitutionality and interpretation of Section 202 no later than July 22, 2024.

Date: July 8, 2024

|  | Respectfully submitted, |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Dr. SW<br>Atlanta, GA 30303 | KRISTEN CLARKE<br>Assistant Attorney General |
| AILEEN BELL HUGHES<br>Assistant United States Attorney<br>Georgia Bar No. 375505<br>Aileen.bell.hughes@usdoj.gov | /s/   *Jacki L. Anderson*<br>R. TAMAR HAGLER<br>TIMOTHY F. MELLETT<br>JACKI L. ANDERSON<br>Illinois Bar No. 6312256<br>HOLLY F.B. BERLIN<br>Illinois Bar No. 6329447<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>4CON 8th Floor<br>Washington, D.C. 20530<br>Phone: (202) 307-2767<br>Fax: (202) 307-3961<br>Jacki.anderson@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.

*/s/ Jacki L. Anderson*
